An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF PETER C. NUTTALL, BAR NO. 10704.

No. 67027

**FILED**

SEP 25 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

### ORDER OF TEMPORARY SUSPENSION

This is a petition under SCR 111(4) concerning attorney Peter C. Nuttall, based on his conviction of DUI[1] and subsequent failure to appear for a scheduled status check and a bench warrant thereafter being issued for his arrest. After reviewing the petition and supporting documentation, this court entered an order on March 20, 2015, approving the recommendation of a screening panel that this matter proceed to a formal disciplinary hearing and referring the matter to the Southern Nevada Disciplinary Board for the initiation of any further action it deemed warranted. SCR 111(9).

This court's March 20, 2015, order also noted that the crime of which Nuttall was convicted did not meet the criteria set forth in SCR 111(6), which requires automatic temporary suspension, but instead is governed by SCR 111(9), which provides, in pertinent part:

---

[1]The documentation supporting the petition indicated that Nuttall entered pleas of nolo contendere in Las Vegas Municipal Court, Clark County, Nevada, to one count of DUI and one count of DUI, subsequent arrest; according to Nuttall, the charges were "resolved as a single DUI conviction."

15-29007

> If the conviction adversely reflects on the attorney's fitness to practice law, the supreme court may issue an order to show cause, requiring the attorney to demonstrate why an immediate temporary suspension should not be imposed.

As it appeared that Nuttall's conviction was not for a minor offense and that it adversely reflected on his fitness to practice law, this court directed Nuttall to show cause why he should not be temporarily suspended from the practice of law pending resolution of the formal proceedings. Nuttall filed an untimely motion to extend the time to respond to the show cause order; on May 8, 2015, this court entered an order denying the motion and directing Nuttall to file his response by May 19, 2015. To date, Nuttall has failed to respond. In light of the petition and Nuttall's failure to respond to our orders, we conclude that a temporary suspension is warranted. Accordingly, we temporarily suspend Nuttall from the practice of law pending resolution of the formal proceedings of the Southern Nevada Disciplinary Board.

It is so ORDERED.[2]

_____, J.
Parraguirre

_____, J.        _____, J.
Douglas                              Cherry

---

[2]This order constitutes our final disposition of this matter. Any further proceedings concerning Nuttall shall be docketed as a new matter.

cc: Chair, Southern Nevada Disciplinary Board
Bar Counsel, State Bar of Nevada
Kimberly K. Farmer, Executive Director, State Bar of Nevada
Peter C. Nuttall
Perry Thompson, Admissions Office, United States Supreme Court